# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2138

_____

| | | |
|---|---|---|
| Katie Lee Scott, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Federal Express Corporation, | * | |
| | * | **[UNPUBLISHED]** |
| Appellee. | * | |

_____

Submitted: January 6, 2003
Filed: January 14, 2003

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Katie Lee Scott appeals the district court's[1] entry of judgment following an adverse jury verdict in her Title VII employment-discrimination and retaliation action against Federal Express Corporation. Scott challenges the court's rulings on evidentiary issues, its handling of questions from the jury, and the court's denial of a Batson[2] challenge; Scott also argues her attorney was not effective at trial.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

[2]Batson v. Kentucky, 476 U.S. 79, 96-98 (1986).

We cannot say, based upon our careful review of the record Scott has provided to us on appeal, that the court committed any prejudicial abuse of discretion in its evidentiary rulings.  Further, we find no abuse of discretion in the court's decisions regarding questions posed by the jury, and no clear error in its finding that a black juror was not struck for impermissible reasons.  Finally, we note that Scott has no constitutional or statutory right to the effective assistance of counsel in a civil trial. Taylor v. Dickel, 293 F.3d 427, 431 (8th Cir. 2002).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.